IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Michael M. Dennis<br>aka Michael Morgan Dennis<br>aka Michael Dennis | : <br> : <br> : <br> : | Chapter 13 <br><br> Case No.: 5:24-bk-01500-MJC |
| Debtor. | : <br> : | |
| Michael M. Dennis<br>    Movant,<br>vs.<br>IRS and all parties listed on the mailing matrix filed with the Clerk,<br>    Respondents. | : <br> : <br> : <br> : <br> : <br> : | <br> Motion to <br> Extend Automatic Stay |

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2024, I caused to be served by first class mail, postage prepaid, true and correct copies of the foregoing **Motion to Extend Stay** in the above referenced case on creditors listed on the attached mailing matrix, excluding the Office of the US Trustee and the Trustee, who were served through CM/ECF system.

NEWMAN, WILLIAMS, P.C.

By:   /s/ ROBERT KIDWELL, Esquire
      Attorney for Debtors

| Label Matrix for local noticing | U.S. Bankruptcy Court | APEX ASSET MGT |
|---|---|---|
| 0314-5 | Max Rosenn U.S. Courthouse | 1286 CARMICHAEL WAY |
| Case 5:24-bk-01500-MJC | 197 South Main Street | MONTGOMERY, AL 36106-3645 |
| Middle District of Pennsylvania | Wilkes-Barre, PA 18701-1500 | |
| Wilkes-Barre | | |
| Wed Jun 19 09:51:34 EDT 2024 | | |
| CAPITAL ONE BANK USA NA | EMERGENCY PHYSICIAN ASSOC PA | IRS |
| P.O. BOX 3710833 | PO BOX 1123 | CENTRALIZED INSOLVENCY OP |
| SALT LAKE CITY, UT 84131 | MINNEAPOLIS, MN 55440-1123 | PO BOX 7346 |
| | | PHILADELPHIA, PA 19101-7346 |
| (p)DEPARTMENT OF LABOR & INDUSTRY | PSECU | United States Trustee |
| ATTN OFFICE OF CHIEF COUNSEL | PO BOX 67013 | US Courthouse |
| 651 BOAS STREET 10TH FLOOR | HARRISBURG, PA 17106-7013 | 1501 N. 6th St |
| HARRISBURG PA 17121-0751 | | Harrisburg, PA 17102-1104 |
| WELLS FARGO HOME MORTGAGE | (p)JACK N  ZAHAROPOULOS | Michael M. Dennis |
| PO BOX 10335 | ATTN CHAPTER 13 TRUSTEE | 1535 Starry Lane |
| DES MOINES, IA 50306-0335 | 8125 ADAMS DRIVE SUITE A | Effort, PA 18330-9725 |
| | HUMMELSTOWN PA 17036-8625 | |

Vincent Rubino
Newman Williams Mishkin Corveleyn et al
712 Monroe Street
PO Box 511
Stroudsburg, PA 18360-0511


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| PA DEPT OF LABOR & INDUSTRY | Jack N Zaharopoulos | End of Label Matrix |
|---|---|---|
| 651 BOAS STREET | Standing Chapter 13 | Mailable recipients   12 |
| HARRISBURG, PA 17121-0750 | (Trustee) | Bypassed recipients    0 |
| | 8125 Adams Drive, Suite A | Total                 12 |
| | Hummelstown, PA 17036 | |